**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6707**

———————

DANIEL R. MCCLAIN,

                                Plaintiff - Appellant,

        versus

T.L. HERR, Office of the Ombudsman; GOVERNOR'S
OFFICE; CARY MCSWAIN; RICHLAND COUNTY, SOUTH
CAROLINA COUNTY COUNCIL,

                                Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenwood.  Margaret B. Seymour, District Judge.
(CA-00-760-9-24RB)

———————

Submitted:  July 13, 2000          Decided:  July 25, 2000

———————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Daniel R. McClain, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel R. McClain appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint for lack of standing. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] See McClain v. Herr, No. CA-00-760-9-24RB (D.S.C. May 1, 2000). We deny McClain's motion to authorize the preparation of a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent McClain seeks to raise state law claims based on diversity jurisdiction, we find that even if diversity of citizenship exists, his allegations are too vague and conclusory to state a claim. See Weller v. Department of Social Servs., 901 F.2d 387, 390-91 (4th Cir. 1990).